Richard C. Johnson, Esq. (SBN 40881)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS PENSION TRUST FUND, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>       Plaintiffs,<br><br>vs.<br><br>WESTERN SHOWER DOOR, INC., dba PENINSULA SHOWER DOOR COMPANY; DARLAND SHOWER DOOR, INC.; 121 GIBSON ROAD INVESTORS, LLC; GARLAND SHOWER DOOR, INC. dba REPCOLD DISTRIBUTORS; and BILL D. LANDRUM,<br><br>       Defendants. | Case No.: C08-5130 TEH<br><br>**PLAINTIFFS' DISMISSAL OF GARLAND SHOWER DOOR, INC. and BILL D. LANDRUM WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiff Trustees of the Northern California Glaziers Pension Trust Fund, et al., voluntarily dismiss their claim without prejudice only against Defendant Garland Shower Door, Inc., dba Repcold Distributors ("Defendant Garland") and Defendant Bill D. Landrum ("Defendant Landrum") in this action.

///

///

///

1  This dismissal extends only to Defendants Garland and Landrum and does not extend to
2  the other Defendants named in this action.

3  Dated: October 1, 2010  SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
   Shaamini A. Babu
   Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Thelton E. Henderson
10/08/10

-2-
DISMISSAL OF GARLAND SHOWER DOOR and BILL D. LANDRUM
Case No.: C08-5130 THE