IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS,

        Plaintiff,

  v.

WESTERN SHOWER DOOR,

        Defendant.

_____/

No. C 08-05130 TEH

ORDER

      This matter having been stayed indefinitely pending other proceedings, and the Court being aware of no reason at this time to maintain the file as an open one, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

      Nothing contained in this order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or appropriate, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 11/2/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California